IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| IRON OAK TECHNOLOGIES, LLC, | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:18-cv-1543-M |
| ACER AMERICA CORPORATION and ACER INC., | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge [ECF No. 18]. No objections were filed. The Report and Recommendation was reviewed for plain error. Finding none, the Report and Recommendation is **ACCEPTED**.

Defendants' Motion to Dismiss for Failure to State a Claim [ECF No. 6] is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff has plausibly alleged direct infringement. Plaintiff has failed to plausibly allege induced and contributory infringement. Accordingly, Plaintiff's induced and contributory infringement claims are **DISMISSED WITHOUT PREJUDICE**. Plaintiff has leave to amend its pleading, addressing the defects identified, by July 26, 2018.

**SO ORDERED**.

July 5, 2018.

_____
**BARBARA M. G. LYNN
CHIEF JUDGE**